UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

RE: FRANKIE M MILLER ) Case No. 08 B 21463
) 
) Chapter 13
Debtor )
) Judge: SUSAN PIERSON SONDERBY

**ORDER DISMISSING CASE FOR FAILURE TO MAKE PLAN PAYMENTS**

This matter coming before the court on Trustee's Motion to Dismiss, due notice having been given and the court having heard the facts presented;

IT IS THEREFORE ORDERED that this case is dismissed on the trustee's motion for material default by the debtor with respect to a term of a confirmed plan, pursuant to Section 1307 (c) (6).

ENTERED: FEB 1 1 2010          JUDGE _____

TOM VAUGHN
CHAPTER 13 TRUSTEE
200 S MICHIGAN AVE #1300
CHICAGO ILLINOIS  60604-2402
(312) 294-5900